IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SUSAN K. KRUGMAN-KADI,

      Plaintiff,

v.                                               CASE NO. 1:13-cv-204-MW/GRJ

WELLS FARGO BANK, N.A., et al.,

      Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No.13, filed December 6, 2013. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Plaintiff's motion to remand, ECF No. 4, is **DENIED**." This case is remanded to the Magistrate for further

1

proceedings.

**SO ORDERED on January 6, 2014.**

**s/Mark E. Walker**
**United States District Judge**
